**E-filed 5/25/06**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ROBERT J, MCKINNEY, et al. | Case No. C-06-3344-JF/PVT |
| Plaintiffs, | ORDER OF RECUSAL |
| v. | |
| FREDERICK C. BECK, et al., | |
| Defendants, | |
| and MAXIM INTEGRATED PRODUCTS, INC., | |
| Nominal Defendant. | |

Pursuant to Canon 3(C)(1)(a) of the Code of Conduct for United States Judges, I hereby recuse myself from participation in the above-entitled matter. The Clerk shall reassign the matter to another District Judge pursuant to this Court's Assignment Plan.

DATED: 5/26/06

_____
JEREMY FOGEL
United States District Judge