BORNSTEIN & BORNSTEIN
Jonathan Herschel Bornstein (SBN 163392)
2590 Geary Boulevard
San Francisco, CA 94115-3318
Telephone: (415) 409-7611
Facsimile: (415) 409-9345

Plaintiffs' Liaison Counsel
*Additional Counsel on Signature Page*

**IT IS SO ORDERED**
*[signature]*
Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**(San Jose Division)**

| | |
|---|---|
| IN RE MAXIM INTEGRATED PRODUCTS INC., DERIVATIVE LITIGATION | Case No. C-06-3344<br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING SCHEDULING** |

Plaintiffs hereby move for entry of a proposed Scheduling Order as follows, which is applicable to this Action, to Case No. C-06-03395RMW, and to any other actions consolidated herewith:

1. Plaintiffs shall file and serve a consolidated complaint on or before August 1, 2006.

2. Defendants shall answer or file a motion to dismiss or other responsive papers(s) on or before August 31, 2006.

3. Any opposition and reply briefing shall be pursuant to local rules.

4. By entering into this Stipulation, Defendants do not waive any defense to the Complaint, including insufficiency of service and want of jurisdiction.

1

WHEREFORE, Plaintiffs respectfully request that this Court enter the agreed Scheduling Order.

DATED: June 23, 2006

**BORNSTEIN & BORNSTEIN**

_____ /JHB/ _____
Jonathan Herschel Bornstein (SBN 163392)
2590 Geary Boulevard
San Francisco, CA 94115-3318
Telephone:  (415) 409-7611
Facsimile:  (415) 409-9345

*Liaison Counsel for Plaintiffs*

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Eric L. Zagar
Sandra G. Smith
280 King of Prussia Rd.
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7706
*Lead Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**

_____
Thad Alan Davis
Patrick C. Doolittle
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone:  (650) 801-5000

*Attorneys for Defendants Frederick C. Beck, James R. Bergman, Ziya G. Boyacigiller, Tunc Doluca, John F. Gifford, B. Kipling Hagopian, Richard C. Hood, Priooz Parvarandeh, and A.R. Frank Wazzan*

2

|   |   |
|---|---|
| 1 | **ROPERS MAJESKI, KOHN BENTLEY** |
| 2 | |
| 3 | _____ |
| 4 | Michael Ioannou<br>80 North First Street |
| 5 | San Jose, CA 95113<br>Telephone:  (408) 287-6262 |
| 6 | Facsimile   (408) 918-4501 |
| 7 | *Attorney for Nominal Defendant Maxim Integrated Products, Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __6/29/06_____, 2006      _/s/ James Ware_____
The Honorable James Ware, U.S.D.C.

3