LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
THOMAS G. WILHELM (234980)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bgoodman@lerachlaw.com
twilhelm@lerachlaw.com
       – and –
SHAWN A. WILLIAMS (213113)
MARIA V. MORRIS (223903)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
swilliams@lerachlaw.com

SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGAR
SEAN M. HANDLER
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MAXIM INTEGRATED PRODUCTS, INC. DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br>      ALL ACTIONS. | No. 5:06-cv-03344-JW <br><br> STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT |

1          WHEREAS, on July 7, 2006, plaintiffs Robert J. McKinney, Eugene Horkay, Jr., the City of
2   Pontiac Policemen's and Firemen's Retirement System and Elias J. Corey filed a Stipulation and
3   [Proposed] Order Consolidating Actions and Appointing Lead Plaintiffs and Co-Lead Counsel that
4   stipulated to the appointment of the City of Pontiac Policemen's and Firemen's Retirement System
5   and Eugene Horkay, Jr. as Lead Plaintiffs and Lerach Coughlin Stoia Geller Rudman & Robbins
6   LLP and Schiffrin & Barroway, LLP as Co-Lead Counsel;
7          WHEREAS, the Court has not yet entered the Order Consolidating Actions and Appointing
8   Lead Plaintiffs and Co-Lead Counsel;
9          WHEREAS, plaintiffs and defendants, after meeting and conferring agree that judicial
10  economy will be served by the entry of a schedule for the filing of answers or other responses to the
11  Consolidated Complaint;
12         THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through
13  their respective counsel of record, as follows:
14         1.      Plaintiffs shall, no later than 45 days from the entry of an Order Consolidating
15  Actions and Appointing Lead Plaintiffs and Co-Lead Counsel, file and serve a Consolidated
16  Complaint which will supersede all existing complaints filed in these actions. Defendants need not
17  respond to any of the pre-existing complaints. Service shall be effected with respect to any named
18  defendant who has already been served with any of the pre-existing complaints in any of the
19  consolidated actions by serving the Consolidated Complaint on that defendant's counsel.
20         2.      Each defendant shall answer or otherwise respond to the Consolidated Complaint no
21  later than 45 days from the date of service. In the event that defendants file and serve any motion
22  directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 30 days

1  after the service of defendants' motion.  If defendants file and serve a reply to plaintiffs' opposition,
2  they will do so within 15 days after service of the opposition.
3        IT IS SO STIPULATED.
4  DATED:  July 20, 2006                           LERACH COUGHLIN STOIA GELLER
                                                           RUDMAN & ROBBINS LLP
5                                                   SHAWN A. WILLIAMS
                                               MARIA V. MORRIS
6                                               MONIQUE C. WINKLER
7
8                                                          /s/
9                                               MONIQUE C. WINKLER
10                                             100 Pine Street, Suite 2600
                                           San Francisco, CA  94111
11                                             Telephone:  415/288-4545
                                           415/288-4534 (fax)
12
                                           LERACH COUGHLIN STOIA GELLER
13                                               RUDMAN & ROBBINS LLP
                                           TRAVIS E. DOWNS III
14                                             BENNY C. GOODMAN III
                                           THOMAS G. WILHELM
15                                             655 West Broadway, Suite 1900
                                           San Diego, CA  92101
16                                             Telephone:  619/231-1058
                                           619/231-7423 (fax)
17
   DATED:  July 20, 2006                            SCHIFFRIN & BARROWAY, LLP
18                                             ERIC L. ZAGAR
                                           SANDRA G. SMITH
19
20                                                          /s/
                                           ERIC L. ZAGAR
21
22                                             280 King of Prussia Road
                                           Radnor, PA  19087
23                                             Telephone:  610/667-7706
                                           610/667-7056 (fax)
24
                                           [Proposed] Co-Lead Counsel for Plaintiffs
25                                             SULLIVAN, WARD, ASHER & PATTON, P.C.
                                           CYNTHIA J. BILLINGS
26                                             25800 Northwestern Highway
                                           1000 Maccabees Center
27                                             Southfield, MI  48075-1000
                                           Telephone:  248/746-0700
28                                             248/746-2760 (fax)

|   |   |
|---|---|
| | THE WEISER LAW FIRM, P.C.<br>ROBERT B. WEISER<br>121 N. Wayne Avenue, Suite 100<br>Wayne, PA  19087<br>Telephone:  610/225-2677<br>610/225-2678 (fax) |
| | Additional Counsel for Plaintiffs |

I, Monique C. Winkler, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Schedule for Filing of Consolidated Complaint.  In compliance with General Order 45, X.B., I hereby attest that Eric L. Zagar has concurred in this filing.

DATED:  July 20, 2006                          QUINN EMANUEL URQUHART OLIVER
                                                                       & HEDGES, LLP
                                                               PATRICK C. DOOLITTLE

                                                               _____/s/_____
                                                               PATRICK C. DOOLITTLE

                                                               555 Twin Dolphin Drive, Suite 560
                                                               Redwood Shores, CA  94065
                                                               Telephone:  650/801-5000
                                                               650/801-5100 (fax)

                                                               Attorneys for Defendants Frederick Beck, James
                                                               Bergman, Ziga Boyacigiller, Tunc Doluca, John
                                                               Gifford, Kipling Hagopian, Richard Hood, Priooz
                                                               Parvarandeh and A.R. Frank Wazzan

I, Monique C. Winkler, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Schedule for Filing of Consolidated Complaint.  In compliance with General Order 45, X.B., I hereby attest that Patrick C. Doolittle has concurred in this filing.

DATED:  July 20, 2006                          ROPERS, MAJESKI, KOHN & BENTLEY
                                                               MICHAEL J. IOANNOU

                                                               _____/s/_____
                                                               MICHAEL J. IOANNOU

80 North First Street
San Jose, CA 95113
Telephone: 408/287-6262
408/918-4501 (fax)

Attorneys for Nominal Defendant Maxim
Integrated Products, Inc.

I, Monique C. Winkler, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Schedule for Filing of Consolidated Complaint. In compliance with General Order 45, X.B., I hereby attest that Michael J. Ioannou has concurred in this filing.

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: July 28, 2006

_____
THE HONORABLE JAMES W. WARE
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Maxim Derivative\STP00032468.doc

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF
CONSOLIDATED COMPLAINT - 5:06-cv-03344-JW                                                                - 4 -

1                                         CERTIFICATE OF SERVICE

2       I hereby certify that on July 20, 2006, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7

8                                                          /s/
                                          MONIQUE C. WINKLER

9                                           LERACH COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP

10                                        100 Pine Street, 26th Floor
                                       San Francisco, CA  94111

11                                        Telephone:  415/288-4545
                                       415/288-4534 (fax)

12                                        E-mail: MoniqueW@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-03344-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jonathan Herschel Bornstein**
  jonathan@bornsteinandbornstein.com
- **Patrick C. Doolittle**
  patrickdoolittle@quinnemanuel.com
- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com
- **Douglas Leavitt**
  LEAVITT@DS-L.COM
- **Eric L. Zagar**
  ezagar@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sandra G Smith
Schiffrin & Barroway LLP
280 King of Purssia Rd
Radnor, PA 19087
```