**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re Maxim Integrated Products, Inc.
Derivative Litigation

_____/

NO. C 06-03344 JW

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

In light of the stipulation regarding consolidation of actions filed by the parties on August 15, 2006, the Court orders the parties to appear for a case management conference on **October 23, 2006 at 10:00 a.m.** The parties shall submit a joint case management statement in accordance with the local rules.

Dated: August 22, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Douglas Leavitt LEAVITT@DS-L.COM
Eric L. Zagar ezagar@sbclasslaw.com
Eric L. Zagar ezagar@sbclasslaw.com
Jonathan Herschel Bornstein jonathan@bornsteinandbornstein.com
Lita M. Verrier lverrier@ropers.com
Michael J. Ioannou mioannou@ropers.com
Patrick C. Doolittle patrickdoolittle@quinnemanuel.com
Travis E. Downs travisd@lerachlaw.com

Dated: August 22, 2006               Richard W. Wieking, Clerk

                                     By:  /s/ JW Chambers
                                          **Courtroom Deputy**