IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. MCKINNEY, ETC.,                    No. C-06-3344 JW

       Plaintiff,                         **ORDER GRANTING MOTION FOR
                                            LEAVE TO APPEAR PRO HAC VICE**

  v.

FREDERICK C. BECK, ET AL.,

       Defendants.

_____/

     Plaintiff's Motion for Leave to Appear Pro Hac Vice as to Attorney Eric L. Zagar filed on

May 23, 20006, is hereby GRANTED.

    **IT IS SO ORDERED.**

Dated: August 23, 2006                    _____

                                            JAMES WARE
                                            UNITED STATES DISTRICT JUDGE