QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John M. Potter (Bar No. 165843)
johnpotter@quinnemanuel.com
Scott G. Lawson (Bar No. 174671)
scottlawson@quinnemanuel.com
Patrick Doolittle (Bar No. 203659)
patrickdoolittle@quinnemanuel.com
Christina L. Wu (Bar No. 233186)
christinawu@quinnemanuel.com
Susan Germer (Bar No. 234677)
susangermer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Defendants
FREDERICK C. BECK, JAMES R. BERGMAN,
ZIYA G. BOYACIGILLER, MICHAEL BYRD,
TUNC DOLUCA, B. KIPLING HAGOPIAN,
RICHARD C. HOOD, PIROOZ
PARVARANDEH, PETER DE ROETTH, and
A.R. FRANK WAZZAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re MAXIM INTEGRATED PRODUCTS, INC. DERIVATIVE LITIGATION | CASE NO. 06-CV-3344-JW |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | **DEFENDANT JOHN GIFFORD'S NOTICE OF SUBSTITUTION OF COUNSEL** |

51106/2005060.1

TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant John Gifford hereby substitutes attorney Stephen Mansfield and Steven Kaufhold of Akin Gump Strauss Hauer & Feld LLP as his attorney of record in place of John Potter, Scott Lawson, Patrick Doolittle, Christina Wu, and Susan Germer of Quinn Emanuel Urquhart Oliver & Hedges, LLP. Mr. Mansfield's contact information is:

> Stephen Mansfield
> Steven Kaufhold
> Akin Gump Strauss Hauer & Feld LLP
> 580 California Street, Suite 1500
> San Francisco, CA 94104-1036
> (415) 765-9519

Mr. Mansfield is admitted to practice before this Court.

DATED: December ___, 2006

Respectfully submitted,

AKING GUMP STRAUSS HAUER & FELD, LLP

By _____
Stephen Mansfield
Attorneys for John F. Gifford

WE CONSENT TO THE ABOVE SUBSTITUTION:

DATED: ~~December ___, 2006~~ January 3, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Patrick Doolittle

DATED: December ___, 2006

By _____
John F. Gifford

-1-

Case No. 06-CV-3344-JW
SUBSTITUTION OF COUNSEL RE: JOHN GIFFORD

1  IT IS SO ORDERED:

2

3  DATED: __1/04/2007__          _____
                                 UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28