QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John M. Potter (Bar No. 165843)
  johnpotter@quinnemanuel.com
  Scott G. Lawson (Bar No. 174671)
  scottlawson@quinnemanuel.com
  Patrick Doolittle (Bar No. 203659)
  patrickdoolittle@quinnemanuel.com
  Christina L. Wu (Bar No. 233186)
  christinawu@quinnemanuel.com
  Susan Germer (Bar No. 234677)
  susangermer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Defendants
FREDERICK C. BECK, JAMES R. BERGMAN,
ZIYA G. BOYACIGILLER, MICHAEL BYRD,
TUNC DOLUCA, B. KIPLING HAGOPIAN,
RICHARD C. HOOD, PIROOZ
PARVARANDEH, PETER DE ROETTH, and
A.R. FRANK WAZZAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re MAXIM INTEGRATED PRODUCTS, INC. DERIVATIVE LITIGATION | CASE NO. 06-CV-3344-JW |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | **DEFENDANT CARL JASPER'S NOTICE OF SUBSTITUTION OF COUNSEL** |

51105/2010190.1

Case No. 06-CV-3344-JW
SUBSTITUTION OF COUNSEL RE: CARL JASPER

1  TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Defendant Carl Jasper hereby substitutes attorney Steven
3  Bauer of Latham & Watkins as his attorney of record in place of John Potter, Scott Lawson,
4  Patrick Doolittle, Christina Wu, and Susan Germer of Quinn Emanuel Urquhart Oliver & Hedges,
5  LLP. Mr. Mansfield's contact information is:

>  Steven Bauer
>  Latham & Watkins, LLP
>  505 Montgomery Street, Suite 2000
>  San Francisco, CA 94111
>  (415) 391-0600

Mr. Bauer is admitted to practice before this Court.

DATED: ~~December 3, 2006~~ JANUARY 7

Respectfully submitted,

LATHAM & WATKINS,

By /s/ Steven M. Bauer
Steven Bauer
Attorneys for Carl Jasper

WE CONSENT TO THE ABOVE SUBSTITUTION:

DATED: ~~December 9, 2006~~ January

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Patrick Doolittle
Patrick Doolittle

DATED: ~~December ___, 2006~~ January 4, 2007

By /s/ Carl W. Jasper
Carl Jasper

5110 6/2010190.1

-1-

Case No. 06-CV-3344-JW
SUBSTITUTION OF COUNSEL RE: CARL JASPER

1 | IT IS SO ORDERED:
2 | DATED: __Jan 10 2007__     _/s/ James Ware_
3 | UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28