1 | LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2 | TRAVIS E. DOWNS III (148274)
    BENNY C. GOODMAN III (211302)
3 | 655 West Broadway, Suite 1900
    San Diego, CA  92101
4 | Telephone: 619/231-1058
    619/231-7423 (fax)
5 | travisd@lerachlaw.com
    bgoodman@lerachlaw.com
6 |      – and –
    SHAWN A. WILLIAMS (213113)
7 | MONIQUE C. WINKLER (213031)
    100 Pine Street, Suite 2600
8 | San Francisco, CA  94111
    Telephone: 415/288-4545
9 | 415/288-4534 (fax)
    swilliams@lerachlaw.com
10 | mwinkler@lerachlaw.com

SCHIFFRIN, BARROWAY, TOPAZ
  & KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
280 King of Prussia Road
Radnor, PA  19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbclasslaw.com
rwichester@sbclasslaw.com

11 | Co-Lead Counsel for Plaintiffs

12 | [Additional counsel appear on signature page.]

13 | UNITED STATES DISTRICT COURT

14 | NORTHERN DISTRICT OF CALIFORNIA

15 | SAN JOSE DIVISION

| | |
|---|---|
| In re MAXIM INTEGRATED PRODUCTS, INC. DERIVATIVE LITIGATION | No. 5:06-cv-03344-JW |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF FIRST AMENDED CONSOLIDATED DERIVATIVE COMPLAINT |

1    WHEREAS on July 28, 2006, this Court issued an order providing plaintiffs with 30 days to
2 respond to any defendants' motion(s) to dismiss directed at the consolidated complaint;
3    WHEREAS, on October 25, 2006, the Court issued its order consolidating related derivative
4 cases that set deadlines for the filing of a consolidated complaint and defendants' response or
5 dispositive motions;
6    WHEREAS on December 13, 2006, Lead Plaintiffs filed their Consolidated Verified
7 Shareholder Derivative Complaint for Violation of the Federal Securities Laws and State Law
8 Claims for Breach of Fiduciary Duty, Abuse of Control, Constructive Fraud, Corporate Waste,
9 Unjust Enrichment, Gross Mismanagement, Action for Accounting and Violation of California
10 Corporations Code ("Consolidated Complaint");
11   WHEREAS on January 22, 2007, defendants filed their motion to dismiss the Consolidated
12 Complaint;
13   WHEREAS on January 31, 2007, the Company issued a press release regarding the Special
14 Committee investigation of the Company's historical stock option granting processes;
15   WHEREAS Lead Plaintiffs wish to amend the Consolidated Complaint to include certain
16 information regarding the findings of the Special Committee rather than oppose the pending motion
17 to dismiss; and
18   WHEREAS the parties agree that it will promote judicial efficiency for the Court to review a
19 First Amended Consolidated Derivative Complaint for Violation of the Federal Securities Laws and
20 State Law Claims for Breach of Fiduciary Duty, Abuse of Control, Constructive Fraud, Corporate
21 Waste, Unjust Enrichment, Gross Mismanagement, Action for Accounting and Violation of
22 California Corporations Code ("First Amended Complaint") to avoid waste of judicial resources.
23   THEREFORE IT IS STIPULATED AND AGREED that:
24   1.   Lead Plaintiffs shall file their First Amended Complaint no later than March 5, 2007;
25   2.   Defendants shall have 30 days to file their motions to dismiss the First Amended
26 Complaint;
27   3.   Lead Plaintiffs shall have 30 days to file their opposition to defendants' motions; and
28   4.   Defendants shall have 15 days to file their replies.

STIP AND [PROPOSED] ORDER RE FILING OF FIRST AMENDED CONSOLIDATED
DERIVATIVE COMPLAINT - 5:06-cv-03344-JW                                                - 1 -

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | DATED:  February 16, 2007 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 3 | | SHAWN A. WILLIAMS<br>MONIQUE C. WINKLER |

                                          /s/
                              SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

SCHIFFRIN, BARROWAY, TOPAZ
  & KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI  48075-1000
Telephone:  248/746-0700
248/746-2760 (fax)

|   |   |
|---|---|
| | THE WEISER LAW FIRM, P.C. |
| | ROBERT B. WEISER |
| | 121 N. Wayne Avenue, Suite 100 |
| | Wayne, PA  19087 |
| | Telephone:  610/225-2677 |
| | 610/225-2678 (fax) |
| | |
| | Additional Counsel for Plaintiffs |

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Filing of First Amended Derivative Complaint for Violation of the Federal Securities Laws and State Law Claims for Breach of Fiduciary Duty, Abuse of Control, Constructive Fraud, Corporate Waste, Unjust Enrichment, Gross Mismanagement, Action for Accounting and Violation of California Corporations Code.  In compliance with General Order 45, X.B., I hereby attest that Patrick C. Doolittle, Lita M. Verrier, Steven Kaufhold and Rees F. Morgan have concurred in this filing.

DATED:  February 16, 2007      QUINN EMANUEL URQUHART OLIVER
                                 & HEDGES, LLP
                               PATRICK C. DOOLITTLE


                                              /s/
                               ─────────────────────────────
                                   PATRICK C. DOOLITTLE

                               555 Twin Dolphin Drive, Suite 560
                               Redwood Shores, CA  94065
                               Telephone:  650/801-5000
                               650/801-5100 (fax)

                               Attorneys for Defendants Beck, Bergman,
                               Boyacigiller, Doluca, Gifford, Hagopian, Hood,
                               Parvarandeh, Wazzan, Byrd, de Roeth and Jasper

DATED:  February 16, 2007      ROPERS, MAJESKI, KOHN & BENTLEY
                               MICHAEL J. IOANNOU
                               LITA M. VERRIER


                                              /s/
                               ─────────────────────────────
                                     LITA M. VERRIER

                               80 North First Street
                               San Jose, CA  95113
                               Telephone:  408/287-6262
                               408/918-4501 (fax)

|   |   |
|---|---|
| | Attorneys for Nominal Defendant Maxim Integrated Products, Inc. |
| DATED: February 16, 2007 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>STEVEN KAUFHOLD |

/s/
STEVEN KAUFHOLD

580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone: 415/765-9500
415/765-9501 (fax)

Attorneys for Jack Gifford

DATED: February 16, 2007            LATHAM & WATKINS LLP
                                    REES F. MORGAN
                                    HEATHER THOMPSON

/s/
REES F. MORGAN

505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: 415/391-0600
415/395-8095 (fax)

Attorneys for Carl Jasper

\*    \*    \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  2/20/2007          _____
                           THE HONORABLE JAMES WARE
                           UNITED STATES DISTRICT JUDGE

T:\CasesSF\Maxim Derivative\STP00039221.doc

STIP AND [PROPOSED] ORDER RE FILING OF FIRST AMENDED CONSOLIDATED
DERIVATIVE COMPLAINT - 5:06-cv-03344-JW                                    - 4 -

CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ SHAWN A. WILLIAMS
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:ShawnW@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03344-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steven Bauer**
  steve.bauer@lw.com doreen.griffin@lw.com

- **Jonathan Herschel Bornstein**
  jonathan@bornsteinandbornstein.com

- **Patrick C. Doolittle**
  patrickdoolittle@quinnemanuel.com patriciareilly@quinnemanuel.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Susan Germer**
  susangermer@quinnemanuel.com

- **Michael J. Ioannou**
  mioannou@ropers.com
  nbatchelder@ropers.com;knguyen@ropers.com;dbenett@ropers.com;lverrier@ropers.com

- **Steve Kaufhold**
  skaufhold@akingump.com cgoodman@akingump.com

- **Scott G. Lawson**
  scottlawson@quinnemanuel.com robertchang@quinnemanuel.com

- **Douglas Leavitt**
  LEAVITT@DS-L.COM

- **Rees Ferriter Morgan**
  rees.morgan@lw.com

- **John M. Potter**
  johnpotter@quinnemanuel.com
  rachelmullinax@quinnemanuel.com;matthewgardner@quinnemanuel.com

- **Lita M. Verrier**
  lverrier@ropers.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Christina Leigh Wu**

christinawu@quinnemanuel.com wendycruz@quinnemanuel.com

- **Eric L. Zagar**
  ezagar@sbclasslaw.com rwinchester@sbclasslaw.com;der_filings@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Trevan Borum
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

Stephen A. Mansfield
Akin Gump Strauss Hauer & Feld LLP
580  California Street, Suite 1500
San Franciso, CA 94104-1036

Sandra G. Smith
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
```