IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| McKinney,<br><br>        Plaintiff,<br><br>  v.<br><br>Beck et al.,<br><br>        Defendants. | No. C 06-03344 JW<br><br>**SCHEDULING ORDER** |

Based on the joint submission of the parties, the Court VACATES the case management conference currently scheduled for March 5, 2007. The Court will set a case management conference once Defendants notice their Motion to Dismiss.

Dated: February 28, 2007

                                              JAMES WARE<br>
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christina Leigh Wu christinawu@quinnemanuel.com
Douglas Leavitt LEAVITT@DS-L.COM
Eric L. Zagar ezagar@sbclasslaw.com
John M. Potter johnpotter@quinnemanuel.com
Jonathan Herschel Bornstein jonathan@bornsteinandbornstein.com
Lita M. Verrier lverrier@ropers.com
Michael J. Ioannou mioannou@ropers.com
Monique Winkler MoniqueW@lerachlaw.com
Patrick C. Doolittle patrickdoolittle@quinnemanuel.com
Rees Ferriter Morgan rees.morgan@lw.com
Scott G. Lawson scottlawson@quinnemanuel.com
Shawn A. Williams shawnw@lerachlaw.com
Steve Kaufhold skaufhold@akingump.com
Steven Bauer steve.bauer@lw.com
Susan Germer susangermer@quinnemanuel.com
Travis E. Downs travisd@lerachlaw.com

**Dated: February 28, 2007**                               **Richard W. Wieking, Clerk**

                                                           **By: /s/ JW Chambers**
                                                               **Elizabeth Garcia**
                                                               **Courtroom Deputy**