LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bgoodman@lerachlaw.com
     – and –
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@lerachlaw.com
mwinkler@lerachlaw.com

SCHIFFRIN, BARROWAY, TOPAZ
  & KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbtklaw.com
rwinchester@sbtklaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MAXIM INTEGRATED PRODUCTS, INC. DERIVATIVE LITIGATION | No. 5:06-cv-03344-JW |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS THE AMENDED VERIFIED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT |

1    WHEREAS, on March 5, 2007, Lead Plaintiffs filed their Amended Verified Consolidated Shareholder Derivative Complaint;

WHEREAS, on April 4, 2007, defendants Maxim Integrated Products, Inc., Carl W. Jasper, John F. Gifford, Michael Byrd, Peter de Roetth, Charles Rigg, M. D. Sampels, Kipling Hagopian, Richard C. Hood, Priooz Parvarandeh, A.R. Frank Wazzan, Laszlo Gal, Robi B. Georges, Alan P. Hale, Kenneth Huening, Eric Karros, William Levin, Edwin Medlin, Nasrollah Navid, Christopher Neil, Robert Scheer, Sharon Smith-Lenox, Vijaykumar Ullal, Viktor Zekeriva, Frederick Beck, James R. Bergman, Ziga G. Boyacigiller, and Tunc Doluca filed their motions to dismiss the Amended Verified Consolidated Shareholder Derivative Complaint;

WHEREAS, under the current briefing schedule Lead Plaintiffs' oppositions to the motions to dismiss must be filed no later than May 4, 2007, defendants' replies thereto must be filed no later than May 21, 2007, and the hearing on the motions to dismiss is currently scheduled for June 4, 2007 at 9:00 a.m.; and

WHEREAS, defendants have agreed to allow Lead Plaintiffs a one week extension to May 11, 2007 to file their oppositions to the motions to dismiss.

THEREFORE IT IS STIPULATED AND AGREED that:

1. Lead Plaintiffs shall file their oppositions to defendants' motions to dismiss no later than May 11, 2007; and

2. Defendants shall file their reply briefs within 15 days after the filing of Lead Plaintiffs' opposition brief(s).

DATED: May 2, 2007               LERACH COUGHLIN STOIA GELLER
                                   RUDMAN & ROBBINS LLP
                                 SHAWN A. WILLIAMS
                                 MONIQUE C. WINKLER


                                        /s/
                                 MONIQUE C. WINKLER

                                 100 Pine Street, Suite 2600
                                 San Francisco, CA  94111
                                 Telephone:  415/288-4545
                                 415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE ON
DEFENDANTS' MOTIONS - 5:06-cv-03344-JW                                                      - 1 -

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

SCHIFFRIN, BARROWAY, TOPAZ
   & KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI  48075-1000
Telephone:  248/746-0700
248/746-2760 (fax)

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA  19087
Telephone:  610/225-2677
610/225-2678 (fax)

Additional Counsel for Plaintiffs

I, Monique C. Winkler, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with general Order 45, X.B., I hereby attest that Patrick C. Doolittle, Lita M. Verrier, Steven Kaufhold and Heather Thompson have concurred in this filing.

STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE ON
DEFENDANTS' MOTIONS - 5:06-cv-03344-JW                                                                         - 2 -

| | | |
|---|---|---|
| 1 | DATED: May 2, 2007 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | PATRICK C. DOOLITTLE |

/s/
PATRICK C. DOOLITTLE

555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: 650/801-5000
650/801-5100 (fax)

Attorneys for Defendants Beck, Bergman, Boyacigiller, Doluca, Hagopian, Hood, Parvarandeh, Wazzan, Byrd, de Roeth, Rigg, Medlin, Smith-Lennox, Georges, Gal, Navid, Neil, Levin, Scheer, Ullal, Huening, Karros, Hale, Sampels and Zekeriva

DATED: May 2, 2007      ROPERS, MAJESKI, KOHN & BENTLEY
MICHAEL J. IOANNOU
LITA M. VERRIER

/s/
LITA M. VERRIER

80 North First Street
San Jose, CA 95113
Telephone: 408/287-6262
408/918-4501 (fax)

Attorneys for Nominal Defendant Maxim Integrated Products, Inc.

DATED: May 2, 2007      AKIN GUMP STRAUSS HAUER & FELD LLP
STEVEN KAUFHOLD

/s/
STEVEN KAUFHOLD

580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone: 415/765-9500
415/765-9501 (fax)

Attorneys for Jack Gifford

STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE ON
DEFENDANTS' MOTIONS - 5:06-cv-03344-JW                                                          - 3 -

| | | |
|---|---|---|
| 1 | DATED:  May 2, 2007 | LATHAM & WATKINS LLP<br>STEVEN BAUER<br>HEATHER THOMPSON |

<pre>
                                              /s/
                              HEATHER THOMPSON

                              505 Montgomery Street, Suite 2000
                              San Francisco, CA  94111-2562
                              Telephone:  415/391-0600
                              415/395-8095 (fax)

                              Attorneys for Carl Jasper
</pre>

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _____May 4 2007_____        _____
                                    THE HONORABLE JAMES WARE
                                    UNITED STATES DISTRICT JUDGE

T:\casesSF\maxim Derivative\STP00041292.doc

STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE ON
DEFENDANTS' MOTIONS - 5:06-cv-03344-JW                                   - 4 -

1 | CERTIFICATE OF SERVICE

2 | I hereby certify that on May 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

           /s/
MONIQUE C. WINKLER

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:moniquew@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03344-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steven Bauer**
  steve.bauer@lw.com doreen.griffin@lw.com

- **Jonathan Herschel Bornstein**
  jonathan@bornsteinandbornstein.com

- **Patrick C. Doolittle**
  patrickdoolittle@quinnemanuel.com patriciareilly@quinnemanuel.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **David Michael Friedman**
  david.friedman@lw.com sara.higgins@lw.com

- **Susan Germer**
  susangermer@quinnemanuel.com

- **Michael J. Ioannou**
  mioannou@ropers.com
  nbatchelder@ropers.com;knguyen@ropers.com;dbenett@ropers.com;lverrier@ropers.com

- **Steve Shea Kaufhold**
  skaufhold@akingump.com cgoodman@akingump.com

- **Scott Gregory Lawson**
  scottlawson@quinnemanuel.com mariamali@quinnemanuel.com

- **Douglas Leavitt**
  LEAVITT@DS-L.COM

- **Rees Ferriter Morgan**
  rees.morgan@lw.com

- **John M. Potter**
  johnpotter@quinnemanuel.com
  rachelmullinax@quinnemanuel.com;matthewgardner@quinnemanuel.com

- **Lita M. Verrier**
  lverrier@ropers.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com

e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

- **Christina Leigh Wu**
  christinawu@quinnemanuel.com wendycruz@quinnemanuel.com

- **Eric L. Zagar**
  ezagar@sbclasslaw.com
  rwinchester@sbtklaw.com;der_filings@sbtklaw.com;kpopovich@sbtklaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Trevan Borum
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

Stephen A. Mansfield
Akin Gump Strauss Hauer & Feld LLP
580  California Street, Suite 1500
San Franciso, CA 94104-1036

Sandra G. Smith
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
```