QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John M. Potter (Bar No. 165843)
  johnpotter@quinnemanuel.com
  Scott G. Lawson (Bar No. 174671)
  scottlawson@quinnemanuel.com
  Patrick C. Doolittle (Bar No. 203659)
  patrickdoolittle@quinnemanuel.com
  Elizabeth Wydra (Bar No. 218200)
  elizabethwydra@quinnemanuel.com
  Christina Wu (Bar No. 233186)
  christinawu@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  Thad A. Davis (Bar No. 220503)
  thaddavis@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Attorneys for Defendants
Frederick G. Beck, Tunc Doluca, Pirooz Parvarandeh, Richard C. Hood, Vijaykumar Ullal, Michael J. Byrd, James R Bergman, A.R. Frank Wazzan, B. Kipling Hagopian, Peter de Roetth, Ziya Boyacigiller, Kenneth Huening, Alan Hale, Eric Karros, Charles Rigg, Christopher Neil, Ed Medlin, Nasrollah Navid, David Timm, Matthew Murphy, Jennifer Gilbert, Viktor Zekeriya, Rob B. Georges, William Levin, Robert Scheer, Laszlo Gal, Sharon Smith-Lenox and M.D. Sampels

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE MAXIM INTEGRATED PRODUCTS, INC. DERIVATIVE LITIGATION, <br><br> This Document Relates To: <br><br> ALL ACTIONS. | CASE NO. C 06-3344 JW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE ON DEFENDANTS' REPLY BRIEFS IN SUPPORT OF THEIR MOTIONS TO DISMISS THE AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** <br><br> Date:  June 21, 2007 <br> Time:  9:00 a.m. <br> Dept.:  Courtroom 8, 4th Floor |

51106/1902983.1

1    WHEREAS, on March 5, 2007, Lead Plaintiffs filed their Amended Verified Consolidated
2 Shareholder Derivative Complaint;

3    WHEREAS, on April 4, 2007, Defendants Maxim Integrated Products, Inc., Carl W.
4 Jasper, John F. Gifford, Michael Byrd, Peter de Roetth, Charles Rigg, M. D. Sampels, B. Kipling
5 Hagopian, Richard C. Hood, Pirooz Parvarandeh, A.R. Frank Wazzan, Laszlo Gal, Robi B.
6 Georges, Alan P. Hale, Kenneth Huening, Eric Karros, William Levin, Edwin Medlin, Nasrollah
7 Navid, David Timm, Matthew Murphy, Jennifer Gilbert, Christopher Neil, Robert Scheer, Sharon
8 Smith-Lenox, Vijaykumar Ullal, Viktor Zekeriva, Frederick Beck, James R. Bergman, Ziga G.
9 Boyacigiller, and Tunc Doluca filed their motions to dismiss the Amended Verified Consolidated
10 Shareholder Derivative Complaint;

11    WHEREAS Lead Plaintiffs filed their oppositions to Defendants' motions to dismiss on
12 May 11, 2007;

13    WHEREAS, under the current briefing schedule, Defendants' replies must be filed no later
14 than May 29, 2007, and the hearing on the motions to dismiss is currently scheduled for June 21,
15 2007, at 9:00 a.m.; and

16    WHEREAS Lead Plaintiffs have agreed to allow Defendants an extension of time to June
17 4, 2007, in which to file their replies;

18    THEREFORE IT IS STIPULATED AND AGREED that Defendants' shall file their
19 replies in support of their motions to dismiss the Amended Verified Shareholder Derivative
20 Complaint no later than June 4, 2007.

quinn emanuel

51106/1902983.1                    -2-

| | | |
|---|---|---|
| 1 | DATED: May 23, 2007 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 3 | | |
| 4 | | |
| 5 | | By /s/ Elizabeth Wydra<br>ELIZABETH WYDRA |

Attorneys for Defendants
Frederick G. Beck, Tunc Doluca, Pirooz Parvarandeh, Richard C. Hood, Vijaykumar Ullal, Michael J. Byrd, James R Bergman, A.R. Frank Wazzan, B. Kipling Hagopian, Peter de Roetth, Ziya Boyacigiller, Kenneth Huening, Alan Hale, Eric Karros, Charles Rigg, Christopher Neil, Ed Medlin, Nasrollah Navid, David Timm, Matthew Murphy, Jennifer Gilbert, Viktor Zekeriya, Rob B. Georges, William Levin, Robert Scheer, Laszlo Gal, Sharon Smith-Lenox and M.D. Sampels

I, Elizabeth Wydra, am the ECF user whose identification and password are being used to file this stipulation. In compliance with General Order 45.X.B, I hereby attest that the other signatories have concurred in this filing.

DATED: May 23, 2007                    Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Elizabeth Wydra
ELIZABETH WYDRA

Attorneys for Defendants
Frederick G. Beck, Tunc Doluca, Pirooz Parvarandeh, Richard C. Hood, Vijaykumar Ullal, Michael J. Byrd, James R Bergman, A.R. Frank Wazzan, B. Kipling Hagopian, Peter de Roetth, Ziya Boyacigiller, Kenneth Huening, Alan Hale, Eric Karros, Charles Rigg, Christopher Neil, Ed Medlin, Nasrollah Navid, David Timm, Matthew Murphy, Jennifer Gilbert, Viktor Zekeriya, Rob B. Georges, William Levin, Robert Scheer, Laszlo Gal, Sharon Smith-Lenox and M.D. Sampels

| | |
|---|---|
| DATED: May 23, 2007 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>SHAWN A. WILLIAMS<br>MONIQUE C. WINKLER |

                                                 /s/
                                    SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

SCHIFFRIN, BARROWAY, TOPAZ &
  KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)

| | |
|---|---|
| | THE WEISER LAW FIRM, P.C.<br>ROBERT B. WEISER<br>121 N. Wayne Avenue, Suite 100<br>Wayne, PA  19087<br>Telephone:  610/225-2677<br>610/225-2678 (fax) |
| | Additional Counsel for Plaintiffs |
| DATED:  May 23, 2007 | ROPERS, MAJESKI, KOHN & BENTLEY<br>MICHAEL J. IOANNOU<br>LITA M. VERRIER |
| | _____/s/_____<br>LITA M. VERRIER |
| | 80 North First Street<br>San Jose, CA  95113<br>Telephone:  408/287-6262<br>408/918-4501 (fax) |
| | Attorneys for Nominal Defendant Maxim Integrated Products, Inc. |
| DATED:  May 23, 2007 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>STEVEN KAUFHOLD |
| | _____/s/_____<br>STEVEN KAUFHOLD |
| | 580 California Street, Suite 1500<br>San Francisco, CA  94104-1036<br>Telephone:  415/765-9500<br>415/765-9501 (fax) |
| | Attorneys for Jack Gifford |

51106/1902983.1

-5-

1  DATED: May 23, 2007                    LATHAM & WATKINS LLP
                                          STEVEN BAUER
2                                         HEATHER THOMPSON

3

4                                         _____/s/_____
                                          HEATHER THOMPSON
5
                                          505 Montgomery Street, Suite 2000
6                                         San Francisco, CA  94111-2562
                                          Telephone:  415/391-0600
7                                         415/395-8095 (fax)

8                                         Attorneys for Carl Jasper

9

10
                                          * * *
11                                        **O R D E R**

12       PURSUANT TO STIPULATION, IT IS SO ORDERED.

13   DATED: _____May 24 2007_____   _____
14                                        THE HONORABLE JAMES WARE
                                          UNITED STATES DISTRICT JUDGE
15

quinn emanuel

51106/1902983.1                    -6-

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

By   /s/ Elizabeth Wydra
ELIZABETH WYDRA

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700
email: elizabethwydra@quinnemanuel.com

# Mailing Information for a Case 5:06-cv-03344-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steven Bauer**
  steve.bauer@lw.com doreen.griffin@lw.com

- **Jonathan Herschel Bornstein**
  jonathan@bornsteinandbornstein.com

- **Patrick C. Doolittle**
  patrickdoolittle@quinnemanuel.com patriciareilly@quinnemanuel.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **David Michael Friedman**
  david.friedman@lw.com sara.higgins@lw.com

- **Susan Germer**
  susangermer@quinnemanuel.com

- **Michael J. Ioannou**
  mioannou@ropers.com
  nbatchelder@ropers.com;knguyen@ropers.com;dbenett@ropers.com;lverrier@ropers.com

- **Steve Shea Kaufhold**
  skaufhold@akingump.com cgoodman@akingump.com

- **Scott Gregory Lawson**
  scottlawson@quinnemanuel.com mariamali@quinnemanuel.com

- **Douglas Leavitt**
  LEAVITT@DS-L.COM

- **Rees Ferriter Morgan**
  rees.morgan@lw.com

- **John M. Potter**
  johnpotter@quinnemanuel.com
  rachelmullinax@quinnemanuel.com;matthewgardner@quinnemanuel.com

- **Lita M. Verrier**
  lverrier@ropers.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;
  moniquew@lerachlaw

**Monique Winkler**
MoniqueW@lerachlaw.com
E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;
travisd@lerachl

**Christina Leigh Wu**
christinawu@quinnemanuel.com wendycruz@quinnemanuel.com

**Eric L. Zagar**
ezagar@sbclasslaw.com
rwinchester@sbtklaw.com;der_filings@sbtklaw.com;kpopovich@sbtklaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Trevan Borum
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

Stephen A. Mansfield
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Franciso, CA 94104-1036

Sandra G. Smith
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
```