*IT IS SO ORDERED*
/s/ James Ware
Judge James Ware

1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  TRAVIS E. DOWNS III (148274)
   BENNY C. GOODMAN III (211302)
3  655 West Broadway, Suite 1900
   San Diego, CA  92101
4  Telephone:  619/231-1058
   619/231-7423 (fax)
5  travisd@lerachlaw.com
   bgoodman@lerachlaw.com
6       – and –
   SHAWN A. WILLIAMS (213113)
7  MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
8  San Francisco, CA  94111
   Telephone:  415/288-4545
9  415/288-4534 (fax)
   swilliams@lerachlaw.com
10 mwinkler@lerachlaw.com

SCHIFFRIN BARROWAY TOPAZ
   & KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
JAMES H. MILLER
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
ezagar@sbtklaw.com
rwinchester@sbtklaw.com
jmiller@sbtklaw.com

11 Co-Lead Counsel for Plaintiffs

12 [Additional counsel appear on signature page.]

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16 | In re MAXIM INTEGRATED PRODUCTS, ) | No. 5:06-cv-03344-JW
   | INC. DERIVATIVE LITIGATION        ) |
17 |                                   ) | STIPULATION AND [PROPOSED] ORDER
   |                                   ) | CONTINUING THE FILING OF
18 | This Document Relates To:         ) | PLAINTIFFS' SECOND AMENDED
   |                                   ) | COMPLAINT AND SETTING BRIEFING
19 |     ALL ACTIONS.                  ) | SCHEDULE
   |                                   ) |

1   WHEREAS, on July 25, 2007, the Court issued an Order granting defendants' motions to
2 dismiss, and giving plaintiffs thirty days to file a Second Amended Complaint;

3   WHEREAS, under the current briefing schedule Lead Plaintiffs' Second Amended
4 Complaint must be filed no later than August 24, 2007; and

5   WHEREAS, the parties have met and conferred and agreed that, subject to the approval of
6 the Court, Lead Plaintiffs shall have a one week extension to August 31, 2007 to file their Second
7 Amended Complaint; and

8   WHEREAS, the parties wish to set a briefing schedule for defendants' anticipated motion(s)
9 to dismiss.

10   THEREFORE IT IS STIPULATED AND AGREED that:

11   1.   Lead Plaintiffs shall file their Second Amended Complaint no later than August 31,
12 2007;

13   2.   Defendants shall have thirty days from the filing of Lead Plaintiffs' Second Amended
14 Complaint to file any motions to dismiss;

15   3.   Lead Plaintiffs shall have thirty days from the filing of defendants' motion(s) to
16 dismiss to file an opposition; and

17   4.   Defendants shall have fifteen days from the filing of any opposition to file a reply
18 brief.

19 DATED:  _August 23, 2007            LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
20                                      SHAWN A. WILLIAMS
                                        MONIQUE C. WINKLER
21

22

23                                            /s/
                                        SHAWN A. WILLIAMS
24
                                        100 Pine Street, Suite 2600
25                                      San Francisco, CA  94111
                                        Telephone:  415/288-4545
26                                      415/288-4534 (fax)

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE FILING OF PLAINTIFFS' SECOND
AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE - 5:06-cv-03344-JW         - 1 -

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>   RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III |
| 3 | BENNY C. GOODMAN III<br>655 West Broadway, Suite 1900 |
| 4 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 5 | 619/231-7423 (fax) |
| 6 | LERACH COUGHLIN STOIA GELLER<br>   RUDMAN & ROBBINS LLP |
| 7 | THOMAS G. WILHELM<br>9601 Wilshire Blvd., Suite 510 |
| 8 | Los Angeles, CA  90210<br>Telephone:  310/859-3100 |
| 9 | 310/278-2148 (fax) |
| 10 | SCHIFFRIN, BARROWAY, TOPAZ<br>   & KESSLER, LLP |
| 11 | ERIC L. ZAGAR<br>ROBIN WINCHESTER |
| 12 | 280 King of Prussia Road<br>Radnor, PA  19087 |
| 13 | Telephone:  610/667-7706<br>610/667-7056 (fax) |
| 14 | |
| | Co-Lead Counsel for Plaintiffs |
| 15 | |
| | SULLIVAN, WARD, ASHER & PATTON, P.C. |
| 16 | CYNTHIA J. BILLINGS<br>25800 Northwestern Highway |
| 17 | 1000 Maccabees Center<br>Southfield, MI  48075-1000 |
| 18 | Telephone:  248/746-0700<br>248/746-2760 (fax) |
| 19 | |
| | THE WEISER LAW FIRM, P.C. |
| 20 | ROBERT B. WEISER<br>121 N. Wayne Avenue, Suite 100 |
| 21 | Wayne, PA  19087<br>Telephone:  610/225-2677 |
| 22 | 610/225-2678 (fax) |
| 23 | Additional Counsel for Plaintiffs |
| 24 | DATED:  August 23, 2007    QUINN EMANUEL URQUHART OLIVER<br>                                                       & HEDGES, LLP |
| 25 |                                                 PATRICK C. DOOLITTLE |
| 26 | |
| 27 |                                       /s/<br>                     PATRICK C. DOOLITTLE |
| 28 | |

STIPULATION AND [PROPOSED] ORDER CONTINUING THE FILING OF PLAINTIFFS' SECOND
AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE - 5:06-cv-03344-JW                - 2 -

| | |
|---|---|
| | 555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA  94065<br>Telephone:  650/801-5000<br>650/801-5100 (fax) |
| | Attorneys for Defendants Beck, Bergman, Boyacigiller, Doluca, Hagopian, Hood, Parvarandeh, Wazzan, Byrd, de Roeth, Rigg, Medlin, Smith-Lennox, Georges, Gal, Navid, Neil, Levin, Scheer, Ullal, Huening, Karros, Hale, Sampels and Zekeriva |
| DATED:  August 23, 2007 | ROPERS, MAJESKI, KOHN & BENTLEY<br>MICHAEL J. IOANNOU<br>LITA M. VERRIER |
| | /s/<br>LITA M. VERRIER |
| | 80 North First Street<br>San Jose, CA  95113<br>Telephone:  408/287-6262<br>408/918-4501 (fax) |
| | Attorneys for Nominal Defendant Maxim Integrated Products, Inc. |
| DATED:  August 23, 2007 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>STEVEN KAUFHOLD |
| | /s/<br>STEVEN KAUFHOLD |
| | 580 California Street, Suite 1500<br>San Francisco, CA  94104-1036<br>Telephone: 415/765-9500<br>415/765-9501 (fax) |
| | Attorneys for Jack Gifford |
| DATED:  August 23, 2007 | LATHAM & WATKINS LLP<br>STEVEN BAUER<br>HEATHER THOMPSON |
| | /s/<br>HEATHER THOMPSON |

505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: 415/391-0600
415/395-8095 (fax)

Attorneys for Carl Jasper

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the Filing of Plaintiffs' Second Amended Complaint and Setting Briefing Schedule. In compliance with general Order 45, X.B., I hereby attest that Patrick C. Doolittle, Lita M. Verrier, Steven Kaufhold and Heather Thompson have concurred in this filing.

DATED: August 23, 2007

/s/
SHAWN A. WILLIAMS

\*       \*       \*

**O R D E R**

Pursuant to stipulation,

IT IS SO ORDERED.

In light of the parties' Stipulation, the Court VACATES the Case Management Conference currently set for September 10, 2007. The Court will set a new conference date once Defendants' putative motion to dismiss is addressed.

Dated: August 30, 2007

JAMES WARE
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 23, 2007.

/s/
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:ShawnW@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03344-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steven Bauer**
  steve.bauer@lw.com,doreen.griffin@lw.com

- **Jonathan Herschel Bornstein**
  jonathan@bornsteinandbornstein.com

- **Patrick C. Doolittle**
  patrickdoolittle@quinnemanuel.com,patriciareilly@quinnemanuel.com

- **Travis E. Downs , III**
  travisd@lerachlaw.com,e_file_sd@lerachlaw.com

- **David Michael Friedman**
  david.friedman@lw.com,sara.higgins@lw.com

- **Susan Germer**
  susangermer@quinnemanuel.com

- **Michael J. Ioannou**
  mioannou@ropers.com,lverrier@ropers.com,nbatchelder@ropers.com,knguyen@ropers.com

- **Steve Shea Kaufhold**
  skaufhold@akingump.com,cgoodman@akingump.com,lrojas@akingump.com

- **Scott Gregory Lawson**
  scottlawson@quinnemanuel.com,mariamali@quinnemanuel.com

- **Douglas Leavitt**
  LEAVITT@DS-L.COM

- **Rees Ferriter Morgan**
  rees.morgan@lw.com

- **John Mark Potter**
  rachelmullinax@quinnemanuel.com,matthewgardner@quinnemanuel.com

- **Heather Lynn Thompson**
  heather.thompson@lw.com

- **Lita Monique Verrier**
  lverrier@ropers.com

- **Shawn A. Williams**

- shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@lerachlaw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

- **Christina Leigh Wu**
  christinawu@quinnemanuel.com,wendycruz@quinnemanuel.com

- **Elizabeth B. Wydra**
  elizabethwydra@quinnemanuel.com,veronicavelilla@quinnemanuel.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.co

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Trevan Borum
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

Stephen A. Mansfield
Akin Gump Strauss Hauer & Feld LLP
580  California Street, Suite 1500
San Franciso, CA 94104-1036

Sandra G. Smith
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
```