QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John M. Potter (Bar No. 165843)
  johnpotter@quinnemanuel.com
  Scott G. Lawson (Bar No. 174671)
  scottlawson@quinnemanuel.com
  Patrick C. Doolittle (Bar No. 203659)
  patrickdoolittle@quinnemanuel.com
  Christina Wu (Bar No. 233186)
  christinawu@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants
Frederick G. Beck, Tunc Doluca, Pirooz Parvarandeh, Richard C. Hood, Vijaykumar Ullal, Michael J. Byrd, James R Bergman, A.R. Frank Wazzan, B. Kipling Hagopian, Ziya Boyacigiller, Kenneth Huening, Alan Hale, Eric Karros, Charles Rigg, Christopher Neil, Ed Medlin, Nasrollah Navid, Viktor Zekeriya, Rob B. Georges, William Levin, Robert Scheer, Laszlo Gal, Sharon Smith-Lenox, M.D. Sampels, David Timm, Matthew Murphy, and Jennifer Gilbert

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re MAXIM INTEGRATED PRODUCTS, INC. DERIVATIVE LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | No. 5:06-cv-03344-JW<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF CORRECTED THIRD AMENDED VERIFIED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT |
|---|---|

## STIPULATION

IT IS HEREBY STIPULATED by and between all parties to the above-entitled action, through their respective counsel, as follows:

WHEREAS, on August 27, 2008, the Court in the instant case entered an Order granting in part and denying in part Certain Individual Defendants' Motion to Dismiss Plaintiffs' Second Amended Verified Consolidated Shareholder Complaint (the "August 27, 2008 Order");

WHEREAS, on September 19, 2008, Plaintiffs filed a Third Amended Verified Consolidated Shareholder Derivative Complaint ("TAC");

WHEREAS, on October 16, 2008, counsel for certain individual Defendants wrote to counsel for Plaintiffs to request that, in light of, and consistent with the rulings contained in, the Court's August 27, 2008 Order, the TAC be corrected to eliminate certain claims against certain individual Defendants (namely Count IV as against Defendant Sharon Smith-Lenox, Count II as against Defendants Michael Byrd, Eric Karros and M.D. Sampels, and Counts III, IV and VII-IX as against Defendant Alan Hale);

WHEREAS, with respect to Count IV as against Defendant Sharon Smith-Lenox, Count II as against Defendants Eric Karros and M.D. Sampels, and Counts III, IV and VII-IX as against Defendant Alan Hale, Plaintiffs agree that the TAC should be corrected;

WHEREAS, all parties agree that Plaintiffs should be permitted to file a Corrected Third Amended Complaint, eliminating Count IV as against Defendant Sharon Smith-Lenox, Count II as against Defendants Eric Karros and M.D. Sampels, and Counts III, IV and VII-IX as against Defendant Alan Hale, but not adding any new or different factual allegations or claims;

IT IS HEREBY STIPULATED AS FOLLOWS:

1. Defendants need not respond to the TAC, as filed on September 19, 2008, responses to which are currently due on or before December 17, 2008.

2. Plaintiffs shall file a Corrected Third Amended Verified Consolidated Shareholder Derivative Complaint no later than December 15, 2008.

3. Defendants shall file their responses to Plaintiffs' Corrected Third Amended Verified Consolidated Shareholder Derivative Complaint on or before December 30, 2008.

IT IS SO STIPULATED.

DATED: December 15, 2008

By       /S/

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
   Shawn A. Williams
   Darren J. Robbins
   Travis E. Downs III
   Benny C. Goodman III
   Lucas F. Olts

BARROWAY, TOPAZ,
KESSLER & CHECK LLP
   Eric L. Zagar
   Robin Winchester
   James H. Miller

Co-Lead Counsel for Plaintiffs

DATED: December 15, 2008      ROPERS, MAJESKI, KOHN & BENTLEY

By       /S/
   Michael J. Ioannou
Attorneys for Nominal Defendant Maxim
Integrated Products, Inc.

| | | |
|---|---|---|
| 1 | DATED: December 15, 2008 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |

By_____/S/_____
Scott G. Lawson
Patrick C. Doolittle
Attorneys for certain Individual
Defendants_____

DATED: December 15, 2008        IRELL & MANELLA LLP

By_____/S/_____
David Siegel
John C. Hueston
Garland A. Kelley
Shaunt T. Arevian
Attorneys for Defendant John F. Gifford

DATED: December 15, 2008        LATHAM & WATKINS LLP

By_____/S/_____
David M. Friedman
Attorneys for Defendant Carl Jasper

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December  18 , 2008

*[signature: James Ware]*

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE