IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Maxim Integrated Products, Inc. Derivative Litigation<br><br>_____/ | NO. C 06-03344 JW<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

On December 22, 2008, the Court conducted a Case Management Conference. Counsel for the respective parties were present. In light of the discussion at the Case Management Conference, the Court orders the following:

(1) On or before **December 31, 2008**, the parties shall meet and confer to work out a schedule for making Rule 30(b)(6) designations;

(2) On or before **January 16, 2009**, Defendants shall make their Rule 30(b)(6) designations;

(3) On **February 2, 2009**, the parties may commence conducting Rule 30(b)(6) depositions;

(4) On **January 26, 2009 at 10:00 a.m.**, the parties shall appear for a further Case Management Conference. On or before **January 16, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall, among other things, update the Court on developments in the related Delaware derivative action and on the progress in establishing a discovery plan in this action.

Dated: December 30, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christina Leigh Wu christinawu@quinnemanuel.com
Christopher William Johnstone chris.johnstone@lw.com
Darren Jay Robbins e_file_sd@csgrr.com
David Siegel dsiegel@irell.com
David Michael Friedman david.friedman@lw.com
Douglas Leavitt LEAVITT@DS-L.COM
Elizabeth B. Wydra elizabethwydra@quinnemanuel.com
Eric L. Zagar ezagar@sbtklaw.com
Garland Aycuff Kelley Gkelley@irell.com
Heather Lynn Thompson heather.thompson@lw.com
John Charles Hueston jhueston@irell.com
John Mark Potter johnpotter@quinnemanuel.com
Jonathan Herschel Bornstein jonathan@bornsteinandbornstein.com
Lita Monique Verrier lverrier@rmkb.com
Lucas F. Olts luke.olts@bullivant.com
Michael J. Ioannou mioannou@rmkb.com
Ofer Bleiweiss obleiweiss@irell.com
Patrick C. Doolittle patrickdoolittle@quinnemanuel.com
Rees Ferriter Morgan rees.morgan@lw.com
Risha Nickelle Jamison risha.jamison@lw.com
Scott Gregory Lawson scottlawson@quinnemanuel.com
Shaunt Toros Arevian sarevian@irell.com
Shawn A. Williams shawnw@csgrr.com
Steven Bauer steve.bauer@lw.com
Susan Germer susangermer@quinnemanuel.com
Travis E. Downs travisd@csgrr.com

**Dated: December 30, 2008**          **Richard W. Wieking, Clerk**

                                       **By:     /s/ JW Chambers**
                                       **Elizabeth Garcia**
                                       **Courtroom Deputy**