**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re Maxim Integrated Products, Inc. Derivative Litigation | NO. C 06-03344 JW |
|---|---|
| | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |

/

On January 26, 2009, the parties are scheduled to appear for a Case Management Conference.  The parties have timely filed a Joint Case Management Statement.  (See Docket Item No. 249.)  In their Joint Statement, the parties represent that settlement was approved in the parallel Delaware action, Ryan v. Gifford, Civil Action No. 2213-CC, and that the Delaware settlement purports to release all claims pending before this Court.  In light of this development, the parties represent that they intend to stipulate to stay this action, pending briefing and resolution of Defendants' anticipated motions for summary judgment.

Based on the parties' representations, the Court finds that a Case Management Conference is unnecessary at this time.  Accordingly, the Court VACATES the January 26, 2009 Case Management Conference.

In addition, the Court directs the parties to file their anticipated stipulation with respect to implementation of a stay on or before **January 30, 2009**.  In their stipulation, the parties shall agree on a proposed schedule for briefing and hearing on Defendants' anticipated motions for summary judgment.

Dated:  January 21, 2009

_James Ware_

JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Christina Leigh Wu christinawu@quinnemanuel.com
Christopher William Johnstone chris.johnstone@lw.com
3  Darren Jay Robbins e_file_sd@csgrr.com
David Siegel dsiegel@irell.com
4  David Michael Friedman david.friedman@lw.com
Douglas Leavitt LEAVITT@DS-L.COM
5  Elizabeth B. Wydra elizabethwydra@quinnemanuel.com
Eric L. Zagar ezagar@sbtklaw.com
6  Garland Aycuff Kelley Gkelley@irell.com
Heather Lynn Thompson heather.thompson@lw.com
7  John Charles Hueston jhueston@irell.com
John Mark Potter johnpotter@quinnemanuel.com
8  Jonathan Herschel Bornstein jonathan@bornsteinandbornstein.com
Lita Monique Verrier lverrier@rmkb.com
9  Lucas F. Olts luke.olts@bullivant.com
Michael J. Ioannou mioannou@rmkb.com
10  Ofer Bleiweiss obleiweiss@irell.com
Patrick C. Doolittle patrickdoolittle@quinnemanuel.com
11  Rees Ferriter Morgan rees.morgan@lw.com
Risha Nickelle Jamison risha.jamison@lw.com
12  Scott Gregory Lawson scottlawson@quinnemanuel.com
Shaunt Toros Arevian sarevian@irell.com
13  Shawn A. Williams shawnw@csgrr.com
Steven Bauer steve.bauer@lw.com
14  Susan Germer susangermer@quinnemanuel.com
Travis E. Downs travisd@csgrr.com

15

16

17  Dated:  **January 21, 2009**                    **Richard W. Wieking, Clerk**

18                                              By:___**/s/ JW Chambers**_____
                                                    **Elizabeth Garcia**
19                                                  **Courtroom Deputy**

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California