1  MICHAEL J. IOANNOU (SBN 95208)
    mioannou@rmkb.com
2  LITA M. VERRIER (SBN 181183)
    lverrier@rmkb.com
3  ROPERS, MAJESKI, KOHN & BENTLEY
   50 W. San Fernando St., Suite 1400
4  San Jose, CA  95113
   Telephone:  (408) 287-6262
5  Facsimile:  (408) 918-4501

6  Attorneys for Nominal Defendant
   MAXIM INTEGRATED PRODUCTS, INC.



IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE MAXIM INTEGRATED PRODUCTS, INC. DERIVATIVE LITIGATION.<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO.  C 06-3344 JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING A STAY OF THIS ACTION PENDING RESOLUTION OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:   The Honorable James Ware<br>             Courtroom 8, Fourth Floor |
|---|---|

IT IS HEREBY STIPULATED, by and between all parties to the above-entitled action, through their respective counsel, as follows:

WHEREAS, on January 16, 2009, the parties filed a Supplemental Joint Case Management Statement informing the Court that the settlement in the parallel Delaware Chancery Court action, Ryan v. Gifford ("Ryan"), Civil Action No. 2213-CC , was approved and final judgment entered on January 2, 2009, and that the parties intended to stipulate to stay this action, pending briefing and resolution of Defendants' motions for summary judgment.  *See* Docket No. 249;

WHEREAS, on January 21, 2009, the Court issued an Order vacating the January 26, 2009, Case Management Conference in light of the intention of the parties to stipulate as set forth

1  above. *See* Docket No. 252.

2  WHEREAS, the Court also directed the parties to file their stipulation regarding a stay on
3  or before January 30, 2009, including a proposed schedule for briefing and hearing on
4  Defendants' anticipated motions for summary judgment;

5  WHEREAS, any proposed schedule would be affected by any appeal in Delaware of the
6  <u>Ryan</u> final judgment approving the settlement.

7  WHEREAS, the parties expect that the deadline for filing a notice of appeal to the <u>Ryan</u>
8  final judgment will expire without the filing of any appeal on February 2, 2009.

9  IT IS THEREFORE HEREBY STIPULATED AS FOLLOWS:

10  1. This action is stayed in its entirety, including discovery, pending resolution of
11  Defendants' motions for summary judgment;

12  2. Defendants' Motions to Strike the purportedly Corrected Third Amended Complaint,
13  and any related obligation to oppose same, **is DENIED without prejudice to be renewed.**

14  3. Plaintiffs and Maxim, *et al.* agree to the following briefing schedule for the motions for
15  summary judgment:

16      (a) Any and all motions for summary judgment shall be filed on or before
17      February 11, 2009;

18      (b) Plaintiffs' oppositions shall be filed on or before March 16, 2009;

19      (c) Any replies shall be filed on or before March 30, 2009;

20  4. A hearing date shall be scheduled for **April 13, 2009 at 9 a.m.**

22  IT IS SO STIPULATED

23  ////
24  ////
25  ////
26  ////
27  ////
28  ////

| | | |
|---|---|---|
| 1 | Dated: January 30, 2009 | ROPERS, MAJESKI, KOHN & BENTLEY |

By: /s/ Michael J. Ioannou
    MICHAEL J. IOANNOU
    LITA M. VERRIER
    Attorneys for Nominal Defendant
    MAXIM INTEGRATED PRODUCTS, INC.

Dated: January 30, 2009    COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: /s/ Christopher Wood
    CHRISTOPHER WOOD
    Attorneys for Plaintiffs

COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
DARREN J. ROBBINS
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
LUCASE F. OLTS
655 West Broadway, Suite 1900
San Diego, CA 92101

BARROWAY TOPAZ KESSLER MELTZER
& CHECK, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
JAMES H. MILLER
280 King of Prussia Road
Radnor, PA 19087

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075-1000

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087

| | | |
|---|---|---|
| 1 | Dated: January 30, 2009 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |

By:  /s/ Patrick Doolittle
PATRICK DOOLITTLE
Attorneys for certain Individual Defendants

Dated: January 30, 2009              LATHAM & WATKINS LLP

By:  /s/ David M. Friedman
DAVID M. FRIEDMAN
Attorneys for Defendant CARL JASPER

I, Michael J. Ioannou, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that Christopher Wood, Patrick Doolittle and David Friedman have concurred in this filing.

Dated: January 30, 2009              ROPERS, MAJESKI, KOHN & BENTLEY

By:  /s/ Michael J. Ioannou
MICHAEL J. IOANNOU
Attorneys for Nominal Defendant
MAXIM INTEGRATED PRODUCTS, INC.

# O R D E R

The Stipulation, including the briefing schedule for Defendants' motions for summary judgment, is hereby adopted by the Court as MODIFIED.
 The parties are ordered to comply with this Order.

Dated: February 5, 2009

_____
THE HONORABLE JAMES WARE
JUDGE, UNITED STATES DISTRICT COURT